UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2279

_____

JOSUE ROMAN SANCHEZ,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

_____

On Petition for Review of a
Decision of the Board of Immigration Appeals
(BIA-1: A204-600-853)

ORDER AMENDING OPINION

At the direction of the Court, the opinion filed on March 10, 2025 is amended to correct an error, stylistic in nature, which does not impact the Court's disposition or judgment. The filing date of the opinion remains unchanged. The correction appears on p. 10, beginning on line 17 and the text is modified as follows:

His scholastic achievements and rehabilitative efforts are insufficient to rebut the presumption that he did not have good moral character, because the record shows that the DUI convictions were not an "aberration" given their frequency.

The legal publishers will be notified of this amendment. However, due to the timing of this order, the amendment may not be reflected in any bound volumes. The original opinion will be replaced by the amended version on this Court's docket and on the Court's website.

For the Court,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT, Clerk
Date: March 24, 2026
cc: All Counsel